INEZ LEE PARSONS, Appellant, v. JOSEPHINE E. CURTISS and Another,

as Executors, etc., Respondents, Impleaded, etc.— Motion granted and appeal dismissed, with costs.